```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 48432
  DAVID D TORTAL
  SHARON C TORTAL                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-6348    SSN XXX-XX-8517
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/01/03 and confirmed on 04/08/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 130553.91 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | 75410.50 | .00 | 75410.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 1549.21 | .00 | 1084.45 |
| ECAST SETTLEMENT CORP | UNSECURED | 3832.61 | .00 | 2682.83 |
| NAVY FEDERAL CU | UNSECURED | 11281.71 | .00 | 7897.20 |
| ASPIRE | UNSECURED | 4790.28 | .00 | 3353.20 |
| DISCOVER BANK | UNSECURED | 7754.48 | .00 | 5428.14 |
| DISCOVER BANK | UNSECURED | 5275.97 | .00 | 3693.18 |
| LORENZINI SENICA & BRUNE | UNSECURED | NOT FILED | .00 | .00 |
| EARLY INTERVENTION | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE ANES ASSOC LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 800.00 | .00 | 560.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1601.10 | .00 | 1120.77 |
| RETAILERS NATIONAL BANK | UNSECURED | 772.18 | .00 | 540.53 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 8289.12 | .00 | 5802.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 274.03 | .00 | 191.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 486.51 | .00 | 340.56 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1958.00 | .00 | 1958.00 |
| NAVY FEDERAL CU | UNSECURED | 192.90 | .00 | 135.03 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NAVY FEDERAL CU | UNSECURED | 5923.36 | .00 | 4146.35 |
| NAVY FEDERAL CU | SECURED | 5125.00 | 204.33 | 5125.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 82493.50 | .00 | 52823.46 | .00 | 135316.96 |

```
PRINCIPAL PAID          82493.50           .00       36976.44           .00     119469.94
INTEREST PAID             204.33           .00            .00           .00        204.33
TOTAL PAID              82697.83           .00       36976.44           .00     119674.27
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   5239.38 .

Refunds to the Debtor totaled $   2940.26 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE